IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR170 |
| vs. | |
| JOSEPH M. CALHOUN, | ORDER OF DETENTION |
| Defendant. | |

Defendant Joseph M. Calhoun, represented by Federal Public Defender David Stickman, appeared before the court on December 18, 2018, for a detention hearing in the above-captioned matter. Assistant United States Attorney Russell Mayer appeared on behalf of the government. The government's previous oral motion for detention was held in abeyance pending Defendant coming into federal custody. (Filing No. 16). Defendant entered a guilty plea on November 9, 2018, which was accepted by the court. (Filing No. 25). The government now seeks detention pending sentencing before District Judge Robert F. Rossiter, Jr., scheduled for February 1, 2019. (Filing No. 26). The parties anticipate that the applicable sentencing guideline calls for a term of imprisonment. After providing both parties an opportunity to present evidence and make argument, and taking judicial notice of the docket in this matter, including the parties' plea agreement, Indictment, Pretrial Services report, and order accepting Defendant's guilty plea, the court does not find by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). Therefore, Defendant shall be detained pending sentencing before District Judge Robert F. Rossiter, Jr., or further order of the court. 18 U.S.C. § 3143(a).

IT IS SO ORDERED.

Dated this 18th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge